UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: **23-1940**    Case Manager: **Roy G. Ford**

Case Name: **Dennis Speerly et al. v. General Motors, LLC**

Is this case a cross appeal?  ☐ Yes   ☑ No
Has this case or a related one been before this court previously?   ☑ Yes   ☐ No
If yes, state:
  Case Name: **In re: General Motors, LLC**   Citation: **Case No. 23-0104**
  Was that case mediated through the court's program?   ☐ Yes   ☑ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

**This appeal is taken against Appellees/Plaintiffs Dennis Speerly, Joseph Sierechio, Darrin Degrand, Daniel Drain, Wavers Smith, Richard Freeman, Christopher Giles, Louis Ray, Richard Sullivan, James Norvell, Michael Banks, Guy Clark, Maria Barallardos, Cary Sherrow, James Kevin Sinclair, Kimberly Coulson, Troy Coulson, Andre McCquade, Donald Dykshorn, Tait Thomas, James Paul Browne, William Fredo, Jon Ellard, Rhianna Meyers, Randall Jacobs, Michael Ponder, Philip Weeks, Karina Fredo, Jimmy Flowers, Steven Brack, Kevin Wesley, Brian Lloyd, Gregory Butscha, Jerry Carroll, Kimberly Carroll, Dominic Eatherton, Thomas Edmondson, Richard Filiaggi, Robert Higgins, David Thompson, and Donald Sicura, and the classes they represent.**

**Appellant/Defendant General Motors, LLC proposes to raise the following issues on appeal:**

**Whether in certifying 26 classes, the district court erred in its application of Federal Rule of Civil Procedure 23, Federal Rule of Evidence 702, the Rules Enabling Act, Article III, the Seventh Amendment, and the substantive law of the 26 states governing Appellees/Plaintiffs' claims?**

**This is to certify that a copy of this statement was served on opposing counsel of record this  7th  day of      November  , 2023      .**

**Stephanie A. Douglas**
Name of Counsel for Appellant