## UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

December 19, 2024

Mr. Kyle Michael Asher
Mr. John Franklin Bash
Mr. Brandon L Boxler
Mr. Cole Carter
Mr. Stephen D'Aunoy
Ms. Stephanie Douglas
Mr. Richard C. Godfrey
Mr. Brian Eric Johnson
Mr. Theodore J. Leopold
Ms. Wendy Liu
Ms. Susan McNeill McKeever
Mr. Douglas James McNamara
Ms. Madelyn Petersen
Mr. R. Allan Pixton
Ms. Karina Grace Puttieva
Mr. Brian David Schmalzbach
Ms. Renee D. Smith
Mr. John Mark Thomas
Mr. Jeffrey R. White
Mr. Jason Michael Wilcox

      RE: Case No. 23-1940
           *Dennis Speerly, et al v. General Motors, LLC*

Dear Counsel,

    The court issued an order today granting the petition of appellee for rehearing en banc of the decision in the above-captioned appeal.

    This case will be argued before the en banc court on <u>Wednesday, March 19, 2025</u>.

    To facilitate review by the full court, it will be necessary for the parties to file supplemental briefs in support of their respective positions. The appellant shall file its supplemental brief not later than <u>Thursday, January 23, 2025</u>. The appellees shall file their supplemental brief not later than <u>Thursday, February 27, 2025</u>. The supplemental briefs shall not exceed twenty-five (25)

pages.  Should the appellant wish to file a reply brief, not to exceed twelve (12) pages, it is due not later than <u>Thursday, March 6, 2025</u>.

    No extensions will be granted.

                                                              Very truly yours,

                                                              Kelly L. Stephens, Clerk

cc:  Ms. Kinikia D. Essix